**Order entered March 11, 2020**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-19-01213-CV

### CHRISTOPHER WREH, Appellant

### V.

### ALEX GIANOTOS, BOSTEN GOLDSCHMIED, & BG INCORPORATED, Appellees

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-19-05068-D**

### ORDER

On February 24, 2020, we ordered Dallas County Clerk John F. Warren to file, no later than March 2, 2020, a supplemental clerk's record containing a copy of the corrected final judgment and copy of the trial court's February 5, 2020 "nunc pro tunc order." To date, however, the record has not been filed. Accordingly, we **ORDER** Mr. Warren to file the supplemental clerk's record **no later than March 16, 2020**. If either document cannot be located, Mr. Warren shall state so in writing.

We **DIRECT** the Clerk of the Court to send a copy of this order to Mr. Warren and the parties.

/s/    KEN MOLBERG
       JUSTICE